**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**K. BAURLE,**

                            **Plaintiff,**

              **v.**                                            **1:18-CV-62
(FJS)**

**COMMISSIONER OF SOCIAL SECURITY,**

                            **Defendant.**
_____

**APPEARANCES**                                  **OF COUNSEL**

**K. BAURLE**
92 Forest Street
P.O. Box 91
Gloversville, New York 12078
Plaintiff *pro se*

**SOCIAL SECURITY ADMINISTRATION**      **CATHARINE L. ZURBRUGG, ESQ.**
**OFFICE OF REGIONAL GENERAL
COUNSEL**
Region II
26 Federal Plaza, Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

### ORDER

      Plaintiff originally filed her complaint in this action in the United States District Court for the Southern District of New York. *See* Dkt. No. 2. The action was transferred to this District. *See* Dkt. No. 4. Plaintiff, thereafter, filed an amended complaint. *See* Dkt. No. 11. By Order dated March 6, 2018, Magistrate Judge Stewart struck the amended complaint and directed the Clerk of the Court to open a new civil action and file the amended complaint as the operative pleading in that case. *See* Dkt. No. 13. In compliance with this Order, the Clerk of the Court opened civil

action 18-CV-283, which was randomly assigned to Senior District Judge Kahn and Magistrate Judge Baxter and filed Plaintiff's purported amended complaint in this action as the complaint in that action. *See Baurle v. Cooper*, 1:18-CV-282 (LEK/ATB).

On June 20, 2018, Defendant filed and served the Social Security Administrative Record. *See* Dkt. Nos. 15-16.

On October 15, 2018, Magistrate Judge Stewart issued a Text Order, noting that, although Plaintiff was to file her Social Security Brief by August 6, 2018, she had not done so. *See* Dkt. No. 17. Therefore, Magistrate Judge Stewart directed her either to file her brief or advise the Court as to the status of such filing by November 29, 2018. *See id.*

On February 26, 2019, Magistrate Judge Stewart issued another Text Order, noting that, although Plaintiff was to file her Social Security Brief by November 29, 2018, she had not done so. *See* Dkt. No. 18. Therefore, he directed Plaintiff to file her brief or advise the Court as to the status of such filing by March 19, 2019. *See id.*

On March 11, 2019, Magistrate Judge Stewart's February 26, 2019 Text Order was returned to the Court as undeliverable. *See* Dkt. No. 19.

On April 16, 2019, Magistrate Judge Stewart issued a third Text Order, noting that Plaintiff had failed to file a brief and had been given several extensions of time in which to do so. *See* Dkt. No. 20. Nonetheless, in light of Plaintiff's *pro se* status, Magistrate Judge Stewart provided her with one more opportunity to file a brief on or before May 16, 2019. *See id.* He also directed Plaintiff to provide the Court with a proper mailing address and warned Plaintiff that her failure to file a brief and/or provide a proper mailing address might result in dismissal of this action for failure to prosecute, failure to provide a proper mailing address, and failure to follow Court orders.

*See id.* Magistrate Judge Stewart's April 16, 2019 Text Order was returned to the Court as undeliverable. *See* Dkt. No. 21.

On June 14, 2019, this Court advised Plaintiff, by telephone, that she must file a change of address with the Court immediately. *See* Dkt. No. 22. Additionally, the Court advised Plaintiff that it would provide her with one last opportunity to file her Social Security brief and that she must file such brief by July 19, 2019. *See id.* Finally, the Court advised Plaintiff that her failure to timely file her brief would result in the dismissal of this case without further Order of the Court. *See id.*

On July 22, 2019, Plaintiff filed a Notice of Change of Address. *See* Dkt. No. 23. She also filed what purported to be her brief. *See* Dkt. No. 24. However, the brief that Plaintiff filed has no relevance to this case. Instead, the brief appears to be related to *Baurle v. Cooper*, 18-CV-283 (LEK/ATB).[1]

After reviewing the entire file in this case, the Court hereby

**ORDERS** that, in light of Plaintiff's failure to file her Social Security brief, despite being provided with numerous opportunities to do so, this action is **DISMISSED for failure to prosecute**

---

[1] In *Baurle v. Cooper*, 18-CV-283, Magistrate Judge Baxter issued an Order and Report-Recommendation, in which, among other things, he recommended that the Court dismiss the entire complaint without leave to amend as frivolous and for failure to state a claim as to Plaintiffs Kelly Baurle, Stephanie Baurle, Ryan Kilts and Mark Booth and dismiss the complaint without prejudice as to the minor Plaintiffs. *See Baurle v. Cooper*, 18-CV-283, Dkt. No. 11. Plaintiffs Kelly Baurle and Mark Booth filed objections to those recommendations. *See id.*, Dkt. No. 12. In an Order dated May 10, 2019, the Court (Kahn, S.J.) approved and adopted Magistrate Judge Baxter's April 18, 2018 Report-Recommendation in its entirety. *See id.*, Dkt. No. 13. The Court also ordered that, if Plaintiffs failed to file a signed amended complaint within thirty days of the filing date of its Order, the Clerk would enter judgment dismissing the action without prejudice. *See id.* Plaintiffs did not file an amended complaint within the required time-frame; and, therefore, the Clerk of the Court entered Judgment accordingly. *See id.*, Dkt. No. 14. The Court's Judgment was returned as undeliverable, *see id.*, Dkt. No. 15. However, after Plaintiffs Kelly Baurle and Mark Booth filed Notices of Change of Address, the Court reserved the judgment. *See id.*, Dkt. Nos. 16-17.

**and for failure to comply with the Court's Orders**; and the Court further

**ORDERS** that the Clerk of the Court shall enter Judgment in favor of Defendant and against Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: September 3, 2019
        Syracuse, New York

                                       Frederick J. Scullin, Jr.
                                       Senior United States District Judge